**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JOHN SICILIANI, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **No.   2:14-cv-00163-GZS** |
| ) | |
| CUMBERLAND COUNTY JAIL, et al, ) | |
| ) | |
| **Defendants** ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 14) filed September 4, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for lack of prosecution and for failure to comply with the Court's orders.

.

                                                                                      _/s/ George Z. Singal_        __
                                                                                      United States District Judge

Dated this 1st day of October, 2014.